U.S. DISTRICT COURT OF SOUTHERN NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET #230 NEW YORK, NY 10007
OCTOBER 6, 2022

Andrew Suh
A petitioner

under 42 USC 1983
a CIVIL rights ACTION
own solely

V.

DEPT OF JUSTICE
Respondent

a Complaint by Federal OR
The Law of the State For Injury

RECEIVED
SDNY PRO SE OFFICE
2022 OCT -4   AM 10: 34

Tax payer Damage OR no discrimination by JURY a writ of attachment, garnishment an owneship amount of damage is ~~Ten millions dollars~~ Reduce To Five millions dollars For earlier, not now. I am inJuned To Redress required, For plus Ten Thousand dollars every month living cost, without Tax and citizenship papers. I want visit To Seoul Korea

a claim by Andrew Suh   a prose required

Reason by no enhancement sentenced, no unusual punish no discrimination.

name: Andrew Suh
B72067
Address: 2600 N. Brinton Ave
Dixon, IL 61021

an amended, a relief
a Forthwith, an EXTend

Date: October 6, 2022

A notice of Appeal

U.S. DISTRICT COURT For the
~~Central~~ Southern DISTRICT OF ~~California~~ New York
October 6, 2022

Andrew Suh
A Petitioner

A notice of appeal

V.

DEPT of JUSTICE
Respondent

Docket no.
2:21-cv-07564-GW-KS

a writ of certiorari
a use
an equitable ownership
an appropriated
an Immediately
a Within Ten days
The Last day For Filing
~~double cost~~
Continue. Primary,
Facts, Parties, Condon

a covenant
a decision
a determination
a conclude
a no more
a case
an order
warranty
a deed
continuing

notice:   a party: Andrew Suh

Date:

name: Andrew Suh
       B 72067
Address: 2600 N. Brinton Ave
         Dixon, IL 61021

Date: October 6, 2022

at least Three-Fourth of, an End, Plus Twenty millions dollars again plus Twenty millions dollars
a Rehearing, a Relief, a granted, an amended, an admitted, a conclude
a petition For a writ of certiorari To a Review, a case, a Judgment, a Reviewed
a good cause, a good Faith, June 16, 22. again notice; a Reversal, one, only one
a Jurisdiction to Supreme Court, a decision, one consider, one Final if
more than End of July, 2022 Than. Plus charged double Cost all of...
For Time To Time shall be vested, ordain, establish. Courts. Congress. Know of
I will Conduct myself, I will Support THE Constitution of THE United States

I believe That I am entitled To Redress,   Since: 1993-2022, D.O.B. 1940

Andrew Suh
B72067
2600 N. Brinton Ave
Dixon, IL 61021

legal mail

LOS ANGELES CA 900
29 SEP 2022 PM 4 L

U.S. Courthouse
Office of The Clerk
500 Pearl St #230
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2022 OCT -4 AM 10:25